```
                                        ✓ FILED        ___ RECEIVED
                                        ___ ENTERED    ___ SERVED ON
                                                       COUNSEL/PARTIES OF RECORD

                                              JAN 24 2018

                                        CLERK US DISTRICT COURT
                                        DISTRICT OF NEVADA
                                        BY: _____ DEPUTY
```

1  KURT C. FAUX, ESQ.
   Nevada Bar No. 003407
2  JORDAN F. FAUX, ESQ.
   Nevada Bar No. 12205
3  THE FAUX LAW GROUP
   1540 W. Warm Springs Road, #100
4  Henderson, Nevada 89014
   Telephone: (702) 458-5790
5  Facsimile: (702) 458-5794
   Email: kfaux@fauxlaw.com
6          jfaux@fauxlaw.com
   Attorneys for Defendant Allegheny Casualty Company
7
                    UNITED STATES DISTRICT COURT
8
                     FOR THE DISTRICT OF NEVADA
9

TRUSTEES of the NORTHERN NEVADA          Case No.: 3:17-CV-00577-RJC-VPC
LABORERS HEALTH & WELFARE TRUST FUND,
CRAIG MADOLE, DAVE BACKMAN, CRAIG              ORDER
HOLT, DAN RUSNAK, ELOY JARA, RICHARD
DALY; TRUSTEES of the LABORERS PENSION    SUBSTITUTION OF ATTORNEYS
TRUST FUND FOR NOETHER NEVADA, CRAIG
MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN
RUSNAK, ELOY JARA, RICHARD DALY;
TRUSTEES of the CONSTRUCTION WORKERS
VACATION SAVINGS TRUST PLAN, CRAIG
MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN
RUSNAK, ELOY JARA, RICHARD DALY;
TRUSTEES of the LABORERS TRAINING TRUST
FOR NORTHERN NEVADA, CRAIG MADOLE,
DAVE ELIZONDO, FRED REEDER, DAN
RUSNAK, ELOY JARA, RICHARD DALY;
TRUSTEES of the CEMENT MASONS ANNUITY
TRUST FUND FOR NORTHERN NEVADA, CRAIG
MADOLE, SHANE GLENN, KEVIN LINDERMAN,
MARC LEAVITT, THOMAS NORTHRUP, JESSE
BARAJAS; TRUSTEES of the CEMENT MASONS
JOINT APPRENTICESHIP AND TRAIING TRUST
FUND, CRAIG MADOLE, KEVIN LINDERMAN,
SHANE GLENN, MARC LEAVITT, THOMAS
NORTHRUP, JAMES OBREGON; TRUSTEES of the
NORTHERN NEVADA OPERATING ENGINEERS
HEALTH AND WELFARE TRUST FUND, CRAIG
MADOLE, FRED REEDER, LANCE SEMENKO,
STEVE INIGERSOLL, DYLAN GALLAGHER,
SCOTT FULLERTON; TRUSTEES of the
OPERATING ENGINEERS AND PARTICIPATING

1

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

| | |
|---|---|
| 1 | EMPLOYERS PREAPPRENTICE, APPRENTICE, AND JOURNEYMAN AFFIRMATIVE ACTION |
| 2 | TRAINING FUND FOR NOTHER NEVADA, CRAIG MADOLE, FRED REEDER, LANCE SEMENKO, |
| 3 | STEVE INGERSOLL, DYLAN GALLAGHER, SCOTT FULLERTON; TRUSTEES of the |
| 4 | OPERATING ENGINEERS PENSION TRUST FUND, JAMES MURRAY, KEVIN ALBANESE, |
| 5 | STEVE CLARK, F.G. CROSTHWAITE, BRYAN FLAKE, THOMAS HOLSMAN, LANCE INOUYE, |
| 6 | RICHARD PIOMBO, TOM SQUERI, DAVID STANTON, RUSSELL BURNS, MIKE CROLL, |
| 7 | JUSTIN DISTON, DAVID HARRISON, STEVE INGERSOLL, PANE MEATOGA, JR., BRUCE |
| 8 | NOEL, DAN REDING, JAMES SULLIVAN, NATE TUCKER; TRUSTEES of the OPERATING |
| 9 | ENGINEERS VACATION HOLIDAY AND SICK PAY TRUST FUND, JAMES MURRAY, BRYAN |
| 10 | FLAKE, LANCE INOUYE, TOM SQUERI, RUSSELL BURNS, JUSTIN DISTON, STEVE |
| 11 | INGERSOLL, DAN REDING, JAMES SULLIVAN; and TRUSTEES OF THE OPERATING ENGINEERS |
| 12 | PENSIONED HEALTH & WELFARE TRUST FUND, JAMES MURRAY, KEVIN ALBANESE, |
| 13 | STEVE CLARK, F.G. CROSTHWAITE, BRYAN FLAKE, THOMAS HOLSMAN, LANCE INOUYE, |
| 14 | RICHARD PIOMBO, TOM SQUERI, DAVID STANTON, RUSSELL BURNS, MIKE CROLL, |
| 15 | JUSTIN DISTON, DAVID HARRISON, STEVE INGERSOLL, PANE MEATOGA, JR., BRUCE |
| 16 | NOEL, DAN REDING, JAMES SULLIVAN, NATE TUCKER; |
| 17 | |
| 18 | Plaintiffs, vs. |
| 19 | DIVERSIFIED CONCRETE CUTTING, INC., a Nevada corporation; SPECIALTY CONTRACTING |
| 20 | COMPANY, a Nevada corporation doing business as DIVERSIFIED DEMOLITION CO; ALLEGHENY |
| 21 | CASUALTY COMPANY, a Pennsylvania corporation; and DOES 1-10, |
| 22 | Defendants. |

Defendant, Allegheny Casualty Company, hereby substitutes Kurt C. Faux, Esq. and Jordan F. Faux, Esq. of the law firm of The Faux Law Group, 1540 West Warm Springs Road, Suite 100,

2

Henderson, Nevada 89014, (702) 458-5790 as attorneys of record in this matter, in the place and stead of the law firm of Moore Law Group, P.C.

DATED this 23rd day of January, 2018.

ALLEGHENY CASUALTY COMPANY

By: _____
Name: George Rettig, Esq.
Title: Assistant Vice President, Claims Counsel

The law firm of Moore Law Group, P.C. agrees and consents to the substitution of The Faux Law Group as attorneys of record for Defendant, Allegheny Casualty Company in this matter.

DATED this ____ day of _____, 2018.

MOORE LAW GROUP, P.C.

By: _____
JOHN D. MOORE, ESQ.
Nevada Bar No. 008581
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 336-1600 Telephone
(775) 336-1601 Fax

///
///
///
///
///
///
///
///

3

Henderson, Nevada 89014, (702) 458-5790 as attorneys of record in this matter, in the place and stead of the law firm of Moore Law Group, P.C.

DATED this ____ day of _____, 2018.

ALLEGHENY CASUALTY COMPANY

By: _____
Name: George Rettig, Esq.
Title: Assistant Vice President, Claims Counsel

The law firm of Moore Law Group, P.C. agrees and consents to the substitution of The Faux Law Group as attorneys of record for Defendant, Allegheny Casualty Company in this matter.

DATED this 23rd day of January 2018.

MOORE LAW GROUP, P.C.

By: _____
JOHN D. MOORE, ESQ.
Nevada Bar No. 008581
3715 Lakeside Drive, Suite A
Reno, NV 89509
(775) 336-1600 Telephone
(775) 336-1601 Fax

///
///
///
///
///
///
///
///

1  Kurt C. Faux, Esq. and Jordan F. Faux, Esq. of the law firm The Faux Law Group accepts the
2  substitution of attorneys of record for Defendant, Allegheny Casualty Company in this matter.
3  DATED this 23 day of January 2018.

THE FAUX LAW GROUP

By: _____
KURT C. FAUX, ESQ.
Nevada Bar No. 003407
JORDAN F. FAUX, ESQ.
Nevada Bar No. 012205
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Attorneys for Defendant
Allegheny Casualty Company

IT SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 24, 2018

4