1  KURT C, FAUX, ESQ.
   Nevada Bar No. 003407
2  JORDAN F. FAUX, ESQ.
   Nevada Bar No. 12205
3  THE FAUX LAW GROUP
   1540 W. Warm Springs Road, #100
4  Henderson, Nevada 89014
   Telephone: (702) 458-5790
5  Facsimile: (702) 458-5794
   Email: kfaux@fauxlaw.com
6         jfaux@fauxlaw.com
   Attorneys for Defendant Allegheny Casualty Company
7
              **UNITED STATES DISTRICT COURT**
8
              **FOR THE DISTRICT OF NEVADA**
9

| | |
|---|---|
| TRUSTEES of the NORTHERN NEVADA LABORERS HEALTH & WELFARE TRUST FUND, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the LABORERS PENSION TRUST FUND FOR NOETHER NEVADA, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the CONSTRUCTION WORKERS VACATION SAVINGS TRUST PLAN, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the LABORERS TRAINING TRUST FOR NORTHERN NEVADA, CRAIG MADOLE, DAVE ELIZONDO, FRED REEDER, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the CEMENT MASONS ANNUITY TRUST FUND FOR NORTHERN NEVADA, CRAIG MADOLE, SHANE GLENN, KEVIN LINDERMAN, MARC LEAVITT, THOMAS NORTHRUP, JESSE BARAJAS; TRUSTEES of the CEMENT MASONS JOINT APPRENTICESHIP AND TRAIING TRUST FUND, CRAIG MADOLE, KEVIN LINDERMAN, SHANE GLENN, MARC LEAVITT, THOMAS NORTHRUP, JAMES OBREGON; TRUSTEES of the NORTHERN NEVADA OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, CRAIG MADOLE, FRED REEDER, LANCE SEMENKO, STEVE INIGERSOLL, DYLAN GALLAGHER, SCOTT FULLERTON; TRUSTEES of the OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS | Case No.: 3:17-CV-00577-RJC-VPC<br><br>**ORDER ON MOTION FOR LEAVE TO ALLOW KURT C. FAUX, COUNSEL FOR DEFENDANT ALLEGHENY CASUALTY COMPANY TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR MARCH 2, 2018 AT 10:30 A.M. [ECF NO. 17]** |

1

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

| | |
|---|---|
| 1 | PREAPPRENTICE, APPRENTICE, AND JOURNEYMAN AFFIRMATIVE ACTION |
| 2 | TRAINING FUND FOR NOTHER NEVADA, CRAIG MADOLE, FRED REEDER, LANCE SEMENKO, |
| 3 | STEVE INGERSOLL, DYLAN GALLAGHER, SCOTT FULLERTON; TRUSTEES of the |
| 4 | OPERATING ENGINEERS PENSION TRUST FUND, JAMES MURRAY, KEVIN ALBANESE, STEVE |
| 5 | CLARK, F.G. CROSTHWAITE, BRYAN FLAKE, THOMAS HOLSMAN, LANCE INOUYE, RICHARD |
| 6 | PIOMBO, TOM SQUERI, DAVID STANTON, RUSSELL BURNS, MIKE CROLL, JUSTIN DISTON, |
| 7 | DAVID HARRISON, STEVE INGERSOLL, PANE MEATOGA, JR., BRUCE NOEL, DAN REDING, |
| 8 | JAMES SULLIVAN, NATE TUCKER; TRUSTEES of the OPERATING ENGINEERS VACATION |
| 9 | HOLIDAY AND SICK PAY TRUST FUND, JAMES MURRAY, BRYAN FLAKE, LANCE INOUYE, TOM |
| 10 | SQUERI, RUSSELL BURNS, JUSTIN DISTON, STEVE INGERSOLL, DAN REDING, JAMES |
| 11 | SULLIVAN; and TRUSTEES OF THE OPERATING ENGINEERS PENSIONED HEALTH & WELFARE |
| 12 | TRUST FUND, JAMES MURRAY, KEVIN ALBANESE, STEVE CLARK, F.G. CROSTHWAITE, |
| 13 | BRYAN FLAKE, THOMAS HOLSMAN, LANCE INOUYE, RICHARD PIOMBO, TOM SQUERI, |
| 14 | DAVID STANTON, RUSSELL BURNS, MIKE CROLL, JUSTIN DISTON, DAVID HARRISON, |
| 15 | STEVE INGERSOLL, PANE MEATOGA, JR., BRUCE NOEL, DAN REDING, JAMES SULLIVAN, |
| 16 | NATE TUCKER; |
| 17 | Plaintiffs, |
| | vs. |
| 18 | |
| 19 | DIVERSIFIED CONCRETE CUTTING, INC., a Nevada corporation; SPECIALTY CONTRACTING |
| 20 | COMPANY, a Nevada corporation doing business as DIVERSIFIED DEMOLITION CO; ALLEGHENY |
| 21 | CASUALTY COMPANY, a Pennsylvania corporation; and DOES 1-10, |
| 22 | Defendants. |
| 23 | |
| 24 | |

After consideration of Defendant Allegheny Casualty Company's ("Allegheny") Motion For Leave To Allow Allegheny's Counsel, Kurt C. Faux, To Appear Telephonically and good cause appearing,

IT IS HEREBY ORDERED:

1. The Court grants the request of Allegheny and authorizes Allegheny's counsel, Kurt C. Faux, to appear telephonically at the hearing set for Friday, March 2, 2018 at 10:30 a.m.

2. Mr. Faux is to make prompt arrangements with the Court's Courtroom Administrator, Lisa Mann, Telephone: (775) 686-5653, for the telephonic appearance.

DATED: February 22, 2018

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE

Submitted by:

THE FAUX LAW GROUP

/s/   Kurt C. Faux
KURT C, FAUX, ESQ.
Nevada Bar No. 003407
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
       jfaux@fauxlaw.com
Attorneys for Defendant Allegheny Casualty Company