1  KURT C. FAUX, ESQ.
2  Nevada Bar No. 003407
   JORDAN F. FAUX, ESQ.
3  Nevada Bar No. 12205
   THE FAUX LAW GROUP
4  1540 W. Warm Springs Road, #100
5  Henderson, Nevada 89014
   Telephone: (702) 458-5790
6  Facsimile: (702) 458-5794
   Email: kfaux@fauxlaw.com
7         jfaux@fauxlaw.com
8  Attorneys for Defendant Allegheny Casualty Company



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR - 2 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES of the NORTHERN NEVADA LABORERS HEALTH & WELFARE TRUST FUND, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the LABORERS PENSION TRUST FUND FOR NOETHER NEVADA, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the CONSTRUCTION WORKERS VACATION SAVINGS TRUST PLAN, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the LABORERS TRAINING TRUST FOR NORTHERN NEVADA, CRAIG MADOLE, DAVE ELIZONDO, FRED REEDER, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the CEMENT MASONS ANNUITY TRUST FUND FOR NORTHERN NEVADA, CRAIG MADOLE, SHANE GLENN, KEVIN LINDERMAN, MARC LEAVITT, THOMAS NORTHRUP, JESSE BARAJAS; TRUSTEES of the CEMENT MASONS JOINT APPRENTICESHIP AND TRAIING TRUST FUND, CRAIG MADOLE, KEVIN LINDERMAN, SHANE GLENN, MARC | Case No.: 3:17-CV-00577-RJC-VPC<br><br>**STIPULATION AND ORDER TO ALLOW ALLEGHENY CASUALTY COMPANY TO FILE AMENDED ANSWER** |

-1-

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

| | |
|---|---|
| 1 | LEAVITT, THOMAS NORTHRUP, JAMES OBREGON; TRUSTEES of the NORTHERN NEVADA OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, CRAIG MADOLE, FRED REEDER, LANCE SEMENKO, STEVE INIGERSOLL, DYLAN GALLAGHER, SCOTT FULLERTON; TRUSTEES of the OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PREAPPRENTICE, APPRENTICE, AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND FOR NOTHER NEVADA, CRAIG MADOLE, FRED REEDER, LANCE SEMENKO, STEVE INGERSOLL, DYLAN GALLAGHER, SCOTT FULLERTON; TRUSTEES of the OPERATING ENGINEERS PENSION TRUST FUND, JAMES MURRAY, KEVIN ALBANESE, STEVE CLARK, F.G. CROSTHWAITE, BRYAN FLAKE, THOMAS HOLSMAN, LANCE INOUYE, RICHARD PIOMBO, TOM SQUERI, DAVID STANTON, RUSSELL BURNS, MIKE CROLL, JUSTIN DISTON, DAVID HARRISON, STEVE INGERSOLL, PANE MEATOGA, JR., BRUCE NOEL, DAN REDING, JAMES SULLIVAN, NATE TUCKER; TRUSTEES of the OPERATING ENGINEERS VACATION HOLIDAY AND SICK PAY TRUST FUND, JAMES MURRAY, BRYAN FLAKE, LANCE INOUYE, TOM SQUERI, RUSSELL BURNS, JUSTIN DISTON, STEVE INGERSOLL, DAN REDING, JAMES SULLIVAN; and TRUSTEES OF THE OPERATING ENGINEERS PENSIONED HEALTH & WELFARE TRUST FUND, JAMES MURRAY, KEVIN ALBANESE, STEVE CLARK, F.G. CROSTHWAITE, BRYAN FLAKE, THOMAS HOLSMAN, LANCE INOUYE, RICHARD PIOMBO, TOM SQUERI, DAVID STANTON, RUSSELL BURNS, MIKE CROLL, JUSTIN DISTON, DAVID HARRISON, STEVE INGERSOLL, PANE MEATOGA, JR., BRUCE NOEL, DAN REDING, JAMES SULLIVAN, NATE TUCKER;<br><br>Plaintiffs,<br>vs. |

DIVERSIFIED CONCRETE CUTTING, INC., a Nevada corporation; SPECIALTY CONTRACTING COMPANY, a Nevada corporation doing business as DIVERSIFIED DEMOLITION CO; ALLEGHENY CASUALTY COMPANY, a Pennsylvania corporation; and DOES 1-10,

The parties on record herein, Plaintiff Trust Funds, Defendant, Allegheny Casualty Company ("Allegheny"), and Diversified Concrete Cutting, Inc. ("Diversified"), by and through their respective attorneys of record, stipulate and agree that, pursuant to FRCP Rule 15(a), Defendant Allegheny be granted leave to file the First Amended Answer attached hereto as Exhibit "A". The filing of the proposed First Amended Answer is necessary to allow Allegheny to assert several affirmative defenses omitted from its initial answer. The filing of the First Amended Answer will not cause any undue delays herein, as a stipulated discovery plan and scheduling order was filed only recently.

| JENKINS LAW FIRM | THE FAUX LAW GROUP |
|---|---|
| /s/ Nathan M Jenkins (with permission)<br>NATHAN M. JENKINS, ESQ.<br>Nevada Bar No.<br>1895 Plumas Street, Suite 2<br>Reno, Nevada 89509<br>Telephone: (775)829-7800<br>Attorney for Plaintiff<br><br>DATED:     March 1, 2018 | /s/ Kurt C. Faux<br>KURT C. FAUX, ESQ.<br>Nevada Bar No. 3407<br>JORDAN F. FAUX, ESQ.<br>Nevada Bar No. 12205<br>1540 West Warm Springs Road, #100<br>Henderson, Nevada 89014<br>Telephone: (702)458-5790<br>Facsimile: (702)458-5794<br>Email: kfaux@fauxlaw.com<br>Attorney for Defendant, Allegheny Casualty Company<br><br>DATED:     March 1, 2018 |

**MOORE LAW GROUP, PC**

/s/     John D. Moore  (with permission)
John D. Moore, ESQ.
Nevada Bar No. 8581
3715 Lakeside Drive, Suite A
Reno, Nevada 89509612 South Tenth Street
Attorney for Defendant, Diversified Concrete Cutting, Inc.

DATED:     March 1, 2018

## ORDER

The court having reviewed the above stipulation and good cause therefore appearing, it is hereby ordered and decreed that Defendant, Allegheny Casualty Company may file the First Amended Answer, attached to this stipulation and order as Exhibit "A".

DATED:   March 2, 2018

_____
United States Magistrate Judge

Submitted by:

**THE FAUX LAW GROUP**

/s/     Kurt C. Faux
KURT C. FAUX, ESQ.
Nevada Bar No. 3407
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
1540 West Warm Springs Road, #100
Henderson, Nevada 89014
Attorney for Defendant Allegheny Casualty Company

# Exhibit A

Exhibit A: Allegheny Casualty Company's Amended Answer to Plaintiff's Complaint

# Exhibit A

KURT C, FAUX, ESQ.
Nevada Bar No. 003407
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
       jfaux@fauxlaw.com
Attorneys for Defendant Allegheny Casualty Company

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES of the NORTHERN NEVADA LABORERS HEALTH & WELFARE TRUST FUND, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the LABORERS PENSION TRUST FUND FOR NOETHER NEVADA, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the CONSTRUCTION WORKERS VACATION SAVINGS TRUST PLAN, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the LABORERS TRAINING TRUST FOR NORTHERN NEVADA, CRAIG MADOLE, DAVE ELIZONDO, FRED REEDER, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the CEMENT MASONS ANNUITY TRUST FUND FOR NORTHERN NEVADA, CRAIG MADOLE, SHANE GLENN, KEVIN LINDERMAN, MARC LEAVITT, THOMAS NORTHRUP, JESSE BARAJAS; TRUSTEES of the CEMENT MASONS JOINT APPRENTICESHIP AND TRAIING TRUST FUND, CRAIG MADOLE, KEVIN LINDERMAN, SHANE GLENN, MARC LEAVITT, THOMAS NORTHRUP, JAMES OBREGON; TRUSTEES of the NORTHERN NEVADA OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, CRAIG MADOLE, FRED REEDER, LANCE SEMENKO, STEVE INIGERSOLL, DYLAN GALLAGHER, SCOTT FULLERTON; TRUSTEES of the OPERATING ENGINEERS AND PARTICIPATING | Case No.: 3:17-CV-00577-RJC-VPC<br><br>**ALLEGHENY CASUALTY COMPANY'S AMENDED ANSWER TO PLAINTIFFS' COMPLAINT** |

1

Case 3:17-cv-00577-RCJ-VPC   Document 22-1   Filed 03/01/18   Page 3 of 8

THE FAUX LAW GROUP
1540 W. WARM SPRINGS ROAD, SUITE 100
HENDERSON, NEVADA 89014
TEL. (702) 458-5790

| | |
|---|---|
| 1 | EMPLOYERS PREAPPRENTICE, APPRENTICE, AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND FOR NOTHER NEVADA, CRAIG MADOLE, FRED REEDER, LANCE SEMENKO, STEVE INGERSOLL, DYLAN GALLAGHER, SCOTT FULLERTON; TRUSTEES of the OPERATING ENGINEERS PENSION TRUST FUND, JAMES MURRAY, KEVIN ALBANESE, STEVE CLARK, F.G. CROSTHWAITE, BRYAN FLAKE, THOMAS HOLSMAN, LANCE INOUYE, RICHARD PIOMBO, TOM SQUERI, DAVID STANTON, RUSSELL BURNS, MIKE CROLL, JUSTIN DISTON, DAVID HARRISON, STEVE INGERSOLL, PANE MEATOGA, JR., BRUCE NOEL, DAN REDING, JAMES SULLIVAN, NATE TUCKER; TRUSTEES of the OPERATING ENGINEERS VACATION HOLIDAY AND SICK PAY TRUST FUND, JAMES MURRAY, BRYAN FLAKE, LANCE INOUYE, TOM SQUERI, RUSSELL BURNS, JUSTIN DISTON, STEVE INGERSOLL, DAN REDING, JAMES SULLIVAN; and TRUSTEES OF THE OPERATING ENGINEERS PENSIONED HEALTH & WELFARE TRUST FUND, JAMES MURRAY, KEVIN ALBANESE, STEVE CLARK, F.G. CROSTHWAITE, BRYAN FLAKE, THOMAS HOLSMAN, LANCE INOUYE, RICHARD PIOMBO, TOM SQUERI, DAVID STANTON, RUSSELL BURNS, MIKE CROLL, JUSTIN DISTON, DAVID HARRISON, STEVE INGERSOLL, PANE MEATOGA, JR., BRUCE NOEL, DAN REDING, JAMES SULLIVAN, NATE TUCKER; |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | Plaintiffs, |
| 18 | vs. |
| 19 | DIVERSIFIED CONCRETE CUTTING, INC., a Nevada corporation; SPECIALTY CONTRACTING COMPANY, a Nevada corporation doing business as DIVERSIFIED DEMOLITION CO; ALLEGHENY CASUALTY COMPANY, a Pennsylvania corporation; and DOES 1-10, |
| 20 | |
| 21 | |
| 22 | Defendants. |
| 23 | |
| 24 | |

2

Defendant Allegheny Casualty Company ("Allegheny") by and through its attorneys of record, The Faux Law Group, hereby amends its answer Plaintiff s' Complaint and admits, denies, and alleges as follows:

## JURIDICTION AND VENUE

1. In answering Paragraphs 1, 2 and 3 of Plaintiffs' Complaint, Allegheny is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of such allegations contained therein, and accordingly, denies the same.

## THE PARTIES

2. In answering Paragraphs 4, 5, 6, 8 and 9 of Plaintiffs' Complaint, Allegheny is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of such allegations contained therein, and accordingly, denies the same.

3. In answering Paragraph 7 of Plaintiffs' Complaint, Allegheny admits the allegations contained therein.

## FIRST CAUSE OF ACTION
### (Payment of Unpaid Contributions under ERISA §§ 502 and 515)

4. In answering Paragraph 10 of Plaintiffs' Complaint, Allegheny repeats, realleges and incorporates each preceding answer as though fully set forth herein.

5. In answering Paragraphs 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27 and 28 of Plaintiffs' Complaint, Allegheny is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of such allegations contained therein, and accordingly, denies the same.

## SECOND CAUSE OF ACTION
### (Failure to Timely File Accurate Monthly Reports under ERISA §§ 502 and 515)

6. In answering Paragraph 29 of Plaintiffs' Complaint, Allegheny repeats, realleges and incorporates each preceding answer as though fully set forth herein.

7.  In answering Paragraphs 30, 31, 32 and 33 of Plaintiffs' Complaint, Allegheny is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of such allegations contained therein, and accordingly, denies the same.

### THIRD CAUSE OF ACTION
**(To Compel an Audit and Timely Filing of Accurate Monthly Reports under ERISA §§ 502 and 515)**

8.  In answering Paragraph 34 of Plaintiffs' Complaint, Allegheny repeats, realleges and incorporates each preceding answer as though fully set forth herein.

9.  In answering Paragraphs 35, 36, 37, 38, 39 and 40 of Plaintiffs' Complaint, Allegheny is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of such allegations contained therein, and accordingly, denies the same.

### FOURTH CAUSE OF ACTION
**(For Collection of Unpaid Fringe Benefit Contributions Pursuant to License Bond)**

10. In answering Paragraph 41 of Plaintiffs' Complaint, Allegheny repeats, realleges and incorporates each preceding answer as though fully set forth herein.

11. In answering Paragraphs 42 of Plaintiffs' Complaint, Allegheny admits the bond speaks for itself; otherwise, denied.

12. In answering Paragraph 43 of Plaintiffs' Complaint, Allegheny admits the bond speaks for itself; otherwise, denied.

13. In answering Paragraph 44 of Plaintiffs' Complaint, Allegheny admits the bond speaks for itself; otherwise, denied.

14. In answering Paragraph 45 of Plaintiffs' Complaint, Allegheny admits the bond speaks for itself; otherwise, denied.

15. In answering Paragraphs 46, 47, 49 and 50 of Plaintiffs' Complaint, Allegheny denies the allegations contained therein.

16. In answering Paragraph 48 of Plaintiffs' Complaint, Allegheny admits that a demand was made and that no payments to Plaintiffs have been made by Allegheny. Allegheny denies the remainder of the paragraph.

## **AFFIRMATIVE DEFENSES**

Allegheny asserts the following affirmative defenses.

1. Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

2. Allegheny's liability for payment pursuant to the bond(s) is limited and specifically confined to the penal sum(s) of the bond(s).

3. No claim may be made on the bond(s) for any obligation which arose against the principal prior to the date of the execution of the surety bond(s).

4. There are other claims on the bonds, and Allegheny may decide to file an interpleader for one or both of the bonds in the future.

5. No claim may be made on the bond(s) for any obligation incurred by an entity not named as the principal on the surety bond(s).

6. The Plaintiffs are not a persons or entities for whose benefit the bonds were posted.

7. The Plaintiffs' claims are beyond the scope of coverage under the bond.

8. In the event the Plaintiffs are persons or entities entitled to recover pursuant to the surety bond, Plaintiffs' right to recover on the bond is limited to the penal sum and pro rata distribution and order of priority of payments.

9. Allegheny is entitled to assert all the affirmative defenses and claims of the principal.

10. The bond principal was excused from performing on the alleged contract based on anticipatory breach by the Plaintiffs.

11. The principal fulfilled its duties under Nevada law.

12. Plaintiffs have failed to mitigate their damages, if any.

5

13. Plaintiffs' claims are precluded by the applicable statute of limitations.

14. Plaintiffs' claims are precluded by the doctrine of laches.

15. Plaintiff's claims are barred by the Doctrine of Unclean Hands.

16. The Plaintiffs have failed to satisfy the burden of proof as to damages.

17. The attorney's fees and costs claimed by the Plaintiffs were unreasonably incurred and are not recoverable from the bonds..

18. Allegheny denies each and every allegation not specifically admitted in its Amended Answer to Plaintiffs' Complaint.

19. The Plaintiffs' claims are not within the license classification bonded by Allegheny.

20. Pursuant to FRCP 11, Allegheny reserves the right to amend this amended answer to assert additional affirmative defenses should the facts so warrant.

**WHEREFORE, ALLEGHENY** prays as follows:

1. That Plaintiffs' Complaint be dismissed and that Allegheny be awarded its costs and fees for responding to Plaintiffs' Complaint;

2. For an award of attorneys' fees and costs incurred;

///

///

///

///

///

///

///

///

3. For Court costs and expenses to be expended herein; and

4.    For such other and further relief as may be deemed just and reasonable by this court as shown by the evidence to be offered herein.

DATED this ____ day of March, 2018.

THE FAUX LAW GROUP

By: _____
KURT C. FAUX, ESQ.
Nevada Bar No. 003407
JORDAN F. FAUX, ESQ.
Nevada Bar No. 012205
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Attorneys for Defendant Allegheny Casualty Company

## CERTIFICATE OF SERVICE

The undersigned, an employee of The Faux Law Group, hereby certifies that on the ____ day of March, 2018, I served a copy of the foregoing document, **ALLEGHENY CASUALTY COMPANY'S AMENDED ANSWER TO PLAINTIFFS' COMPLAINT** by the Nevada's electronic filing system addressed to all parties on the e-service list:

| | |
|---|---|
| Nathan M. Jenkins, Esq.<br>Jenkins Law Firm<br>1895 Plumas Street, Suite 2<br>Reno, NV 89509<br>Telephone: (775) 829-7800<br>Email: nathan@njenkinslaw.com<br>Attorneys for Plaintiffs | John D. Moore, Esq.<br>Moore Law Group, P.C.<br>3715 Lakeside Drive, Suite A<br>Reno, NV 89509<br>Telephone: (775) 336-1600<br>Facsimile: (775) 336-1601<br>Email: john@moore-lawgroup.com<br>Attorneys for Diversified Concrete Cutting, Inc. |

By: _____
An employee of THE FAUX LAW GROUP

7