1  John P. Aldrich
   Nevada Bar No. 6877
2  Catherine Hernandez
   Nevada Bar No. 8410
3  ALDRICH LAW FIRM, LTD.
   7866 W. Sahara Avenue
4  Las Vegas, Nevada 89117
   Phone: (702) 853-5490
5  Fax: (702) 227 – 1975
   jaldrich@johnaldrichlawfirm.com;
6  chernandez@johnaldrichlawfirm.com
   *Attorneys for Counterdefendants*

7

8                    UNITED STATES DISTRICT COURT

9                      FOR THE DISTRICT OF NEVADA

10 | TRUSTEES of the NORTHERN NEVADA LABORERS HEALTH & WELFARE TRUST FUND, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the LABORERS PENSION TRUST FUND FOR NORTHERN NEVADA, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY;TRUSTEES of the CONSTRUCTION WORKERS VACATION SAVINGS TRUST PLAN, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, RICHARD DALY; TRUSTEES of the LABORERS TRAINING TRUST FOR NORTHERN NEVADA, CRAIG MADOLE, DAVE ELIZONDO, FRED REEDER, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the CEMENT MASONS ANNUITY TRUST FUND FOR NORTHERN NEVADA, CRAIG MADOLE, SHANE GLENN, KEVIN LINDERMAN, MARC LEAVITT, THOMAS NORTHRUP, JESSE BARAJAS; TRUSTEES of the CEMENT MASONS JOINT APPRENICESHIP AND TRAINING TRUST FUND, CRAIG MADOLE, KEVIN LINDERMAN, SHANE GLENN, MARC LEAVITT, THOMAS NORTHRUP, JAMES OBREGON; TRUSTEES of the NORTHERN NEVADA OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, CRAIG MADOLE, FRED REEDER, LANCE SEMENKO, STEVE INIGERSOLL, DYLAN GALLAGHER, SCOTT FULLERTON; TRUSTEES of the OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PREAPPRENTICE, APPRENTICE, AND JOURNEYMAN AFFIRMATIVE ACTION | Case No.: 3:17-CV-00577-RJC-VPC

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR HERC RENTALS, INC. TO ANSWER AMENDED COUNTERCLAIM**

| | |
|---|---|
| 1 | TRAINING FUND FOR NORTHERN NEVADA, CRAIG MADOLE, FRED REEDER, LANCE SEMENKO, STEVE INGERSOLL, |
| 2 | DYLAN GALLAGHER, SCOTT FULLERTON; TRUSTEES of the OPERATING ENGINEERS |
| 3 | PENSION TRUST FUND, JAMES MURRAY, KEVIN ALBANESE, STEVE CLARK, F.G. |
| 4 | CROSTHWAITE, BRYAN FLAKE, THOMAS HOLSMAN, LANCE INOUYE, RICHARD |
| 5 | PIOMBO, TOM SQUERI, DAVID STANTON, RUSSELL BURNS, MIKE CROLL, JUSTIN |
| 6 | DISTON, DAVID HARRISON, STEVE INGERSOLL, PANE MEATOGA, JR., BRUCE |
| 7 | NOEL, DAN REDING, JAMES SULLIVAN, NATE TUCKER; TRUSTEES of the |
| 8 | OPERATING ENGINERERS VACATION HOLIDAY AND SICK PAY TRUST FUND, |
| 9 | JAMES MURRAY , BRYAN FLAKE, LANCE INOUYE, TOM SQUERI, RUSSELL BURNS, |
| 10 | JUSTIN DISTON, STEVE INGERSOLL, DAN REDING, JAMES SULLIVAN; and TRUSTEES |
| 11 | OF THE OPERATING ENGINEERS PENSIONED HEALTH & WELFARE TRUST |
| 12 | FUND, JAMES MURRAY, KEVIN ALBANESE, STEVE CLARK, F.G. |
| 13 | CROSTHWAITE, BRYAN FLAKE, THOMAS HOLSMAN, LANCE INOUYE, RICHARD |
| 14 | PIOMBO, TOM SQUERI, DAVID STANTON, RUSSELL BURNS, MIKE CROLL, JUSTIN |
| 15 | DISTON, DAVID HARRISON, STEVE INGERSOLL, PANE MEATOGA, JR., BRUCE |
| 16 | NOEL, DAN REDING, JAMES SULLIVAN, NATE TUCKER; |
| 17 | Plaintiffs, |
| 18 | v. |
| 19 | KENNETH M. MERCURIO, an individual; FAST-TRACK SERVICES, LTD., a Nevada |
| 20 | limited liability company; ALLEGHENY CASUALTY COMPANY, a Pennsylvania |
| 21 | corporation; DOES I-10, |
| 22 | Defendants. |
| 23 | ALLEGHENY CASUALTY COMPANY, |
| 24 | Counterclaimant, |
| 25 | vs. |
| 26 | TRUSTEES of the NORTHERN NEVADA LABORERS HEALTH & WELFARE TRUST |
| 27 | FUND; TRUSTEES of the LABORERS PENSIONS TRUST FUND FOR NORTHERN |
| 28 | NEVADA; TRUSTEES of the CONSTRUCTION |

| | |
|---|---|
| 1 | WORKERS VACATION SAVINGS TRUST PLAN; TRUSTEES of the LABORERS TRAINING TRUST FOR NORTHERN NEVADA; TRUSTEES of the CEMENT MASONS ANNUITY TRUST FUND FOR NORTHERN NEVADA; TRUSTEES of the CEMENT MASONS JOINT APPRENTICESHIP AND TRAINING TRUST FUND; TRUSTEES of the NORTHERN NEVADA OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND; TRUSTEES of the OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PREAPPRENTICE, APPRENTICE, AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND FOR NORTHERN NEVADA; TRUSTEES of the OPERATING ENGINEERS PENSION TRUST FUND; TRUSTEES of the OPERATING ENGINEERS VACATION HOLIDAY AND SICK PAY TRUST FUND; and TRUSTEES OF THE OPERATING ENGINEERS PENSIONED HEALTH & WELFARE TRUST FUND; OPERATING ENGINEERS LOCAL 12 TRUST FUNDS; SOUTHERN NEVADA LABORERS LOCAL 872 TRUST FUNDS; AND CARPENTERS SOUTHWEST ADMINISTRATIVE COPORATION; HD SUPPLY; RAFAEL CONSTRUCTION, INC.; INLINE DISTRIBUTION; CASHMAN EQUIPMENT COMPANY; DISCOUNT DUMPSTERS DBA WESTERN ELITE; HERC RENTALS, INC; 3D CONCRETE, INC.; DOES I through X, inclusive; AND ROE CORPORATIONS I through X, inclusive; |
| 18 | Counterdefendants |

Counter-Defendant Herc Rentals, Inc. and Counterclaimant Allegheny Casualty Company, by and through their respective counsel of record, hereby stipulate and agree as follows:

Counterclaimant Allegheny Casualty Company served Counter-Defendant Herc Rentals, Inc. with the amended counterclaim on January 10, 2019. Counter-Defendant Herc Rentals, Inc.'s deadline to respond to the amended counterclaim is January 31, 2019. The parties stipulate and agree that Herc Rentals, Inc. shall have until February 14, 2019 to file a response to Allegheny Casualty Company's amended counterclaim. This is the first request for an extension of this

3

deadline, is made in good faith, and is not made for purposes of undue delay. The request is made to allow Counter-Defendant to further review the allegations of the amended counterclaim and provide a meaningful response.

DATED: January 29, 2019.

**ALDRICH LAW FIRM, LTD.**

/s/Catherine Hernandez
John P. Aldrich, Esq
Nevada Bar No. 6877
Catherine Hernández, Esq.
Nevada Bar No. 8410
7866 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel: (702) 853-5490
Fax: (702) 227-1975
jaldrich@johnaldrichlawfirm.com
chernandez@johnaldrichlawfirm.com

*Attorneys for Counterdefendants*

DATED: January 29, 2019.

**THE FAUX LAW GROUP**

/s/ Willi H. Siepmann
Kurt C. Faux, Esq.
Nevada Bar No. 003407
Jordan F. Faux, Esq.
Nevada Bar No. 12205
Willi H. Siepmann, Esq.
Nevada Bar No. 002478
2625 N. Green Valley Parkway, #100
Henderson, Nevada 89014
Tel: (702) 458-5790
Fax: (702) 458-5794
kfaux@fauxlaw.com
jfaux@fauxlaw.com
wsiepmann@fauxlaw.com

*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED.

Dated this 30th day of January, 2019.

_____
United States Magistrate Judge