**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail:  murban@theurbanlawfirm.com
                  nring@theurbanlawfirm.com
*Counsel for Counterclaim Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES of the NORTHERN NEVADA LABORERS HEALTH & WELFARE TRUST FUND, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the LABORERS PENSION TRUST FUND FOR NORTHERN NEVADA, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the CONSTRUCTION WORKERS VACATION SAVINGS TRUST PLAN, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the LABORERS TRAINING TRUST FOR NORTHERN NEVADA, CRAIG MADOLE, DAVE ELIZONDO, FRED REEDER, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the CEMENT MASONS ANNUITY TRUST FUND FOR NORTHERN NEVADA, CRAIG MADOLE, SHANE GLENN, KEVIN LINDERMAN, MARC LEAVITT, THOMAS NORTHRUP, JESSE BARAJAS; TRUSTEES of the CEMENT MASONS JOINT APPRENTICESHIP AND TRAINING TRUST FUND, CRAIG MADOLE, KEVIN LINDERMAN, SHANE GLENN, MARC LEAVITT, THOMAS NORTHRUP, JAMES OBREGON; TRUSTEES of the NORTHERN NEVADA OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND, CRAIG MADOLE, FRED REEDER, LANCE SEMENKO, STEVE INIGERSOLL, DYLAN GALLAGHER, SCOTT FULLERTON; | Case No.: 3:17-cv-00577-RCJ-CBC<br><br><br>**STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR COUNTERCLAIM DEFENDANTS** |

1

1 TRUSTEES of the OPERATING
ENGINEERS AND PARTICIPATING
2 EMPLOYERS PREAPPRENTICE,
APPRENTICE, AND JOURNEYMAN
3 AFFIRMATIVE ACTION TRAINING FUND
FOR NORTHERN NEVADA, CRAIG
4 MADOLE, FRED REEDER, LANCE
SEMENKO, STEVE INGERSOLL, DYLAN
5 GALLAGHER, SCOTT FULLERTON;
TRUSTEES of the OPERATING
6 ENGINEERS PENSION TRUST FUND,
JAMES MURRAY, KEVIN ALBANESE,
7 STEVE CLARK, F.G. CROSTHWAITE,
BRYAN FLAKE, THOMAS HOLSMAN,
8 LANCE INOUYE, RICHARD PIOMBO,
TOM SQUERI, DAVID STANTON,
9 RUSSELL BURNS, MIKE CROLL, JUSTIN
DISTON, DAVID HARRISON, STEVE
10 INGERSOLL, PANE MEATOGA, JR.,
BRUCE NOEL, DAN REDING, JAMES
11 SULLIVAN, NATE TUCKER; TRUSTEES of
the OPERATING ENGINEERS VACATION
12 HOLIDAY AND SICK PAY TRUST FUND,
JAMES MURRAY, BRYAN FLAKE, LANCE
13 INOUYE, TOM SQUERI, RUSSELL BURNS,
JUSTIN DISTON, STEVE INGERSOLL,
14 DAN REDING, JAMES SULLIVAN; and
TRUSTEES OF THE OPERATING
15 ENGINEERS PENSIONED HEALTH &
WELFARE TRUST FUND, JAMES
16 MURRAY, KEVIN ALBANESE, STEVE
CLARK, F.G. CROSTHWAITE, BRYAN
17 FLAKE, THOMAS HOLSMAN, LANCE
INOUYE, RICHARD PIOMBO, TOM
18 SQUERI, DAVID STANTON, RUSSELL
BURNS, MIKE CROLL, JUSTIN DISTON,
19 DAVID HARRISON, STEVE INGERSOLL,
PANE MEATOGA, JR., BRUCE NOEL, DAN
20 REDING, JAMES SULLIVAN, NATE
TUCKER;
21
22                        Plaintiffs,
23
24 vs.
25
26 KENNETH M. MERCURIO, an individual;
FAST-TRACK SERVICES, LTD., a Nevada
27

28

2

1  limited liability company; ALLEGHENY
   CASUALTY COMPANY, a Pennsylvania
2  corporation; and DOES 1-10,

3                      Defendants.

4
   ALLEGHENY CASUALTY COMPANY,
5
                      Counterclaimant,
6
7  vs.

8  TRUSTEES of the NORTHERN NEVADA
   LABORERS HEALTH & WELFARE TRUST
9  FUND; TRUSTEES of the LABORERS
   PENSION TRUST FUND FOR NORTHERN
10 NEVADA; TRUSTEES of the
   CONSTRUCTION WORKERS VACATION
11 SAVINGS TRUST PLAN; TRUSTEES of the
   LABORERS TRAINING TRUST FOR
12 NORTHERN NEVADA; TRUSTEES of the
   CEMENT MASONS ANNUITY TRUST
13 FUND FOR NORTHERN NEVADA;
   TRUSTEES of the CEMENT MASONS
14 JOINT APPRENTICESHIP AND TRAINING
15 TRUST FUND; TRUSTEES of the
   NORTHERN NEVADA OPERATING
16 ENGINEERS HEALTH AND WELFARE
   TRUST FUND; TRUSTEES of the
17 OPERATING ENGINEERS AND
18 PARTICIPATING EMPLOYERS
   PREAPPRENTICE, APPRENTICE, AND
19 JOURNEYMAN AFFIRMATIVE ACTION
   TRAINING FUND FOR NORTHERN
20 NEVADA; TRUSTEES of the OPERATING
21 ENGINEERS PENSION TRUST FUND;
   TRUSTEES of the OPERATING
22 ENGINEERS VACATION HOLIDAY AND
   SICK PAY TRUST FIIND; and TRUSTEES
23 OF THE OPERATING ENGINEERS
   PENSIONED HEALTH & WELFARE
24 TRUST FUND; OPERATING ENGINEERS
25 LOCAL 12 TRUST FUNDS; SOUTHERN
   NEVADA LABORERS LOCAL 872 TRUST
26 FUNDS; AND CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION; HD
27 SUPPLY; RAFAEL CONSTRUCTION, INC.;
28 INLINE DISTRIBUTION; CASHMAN

                                            3

1    EQUIPMENT COMPANY; DISCOUNT
     DUMPSTERS DBA WESTERN ELITE;
2    HERC RENTALS, INC.; 3D CONCRETE,
     INC.; DOES I through X, inclusive; AND ROE
3    CORPORATIONS I through X, inclusive;

4
                    Counterdefendants
5

6

7           Pursuant to Local Rule IA 11-6(c), Counterclaim Defendants, Southern Nevada Laborers

8    Local 872 Trust Funds,[1] through their counsel of record The Urban Law Firm, hereby stipulate

9    and respectfully request that the Court allow the withdrawal of The Urban Law Firm and

10   substitution of Brownstein Hyatt Farber Schreck, LLP as counsel of record for Counterclaim

11   Defendants.

12   Dated: September 9, 2019              **THE URBAN LAW FIRM**

13                                          _/s/ Nathan R. Ring_
14                                         Michael A. Urban, Esq., Nevada Bar No. 3875
15                                         Nathan R. Ring, Esq. Nevada State Bar No. 12078
                                           4270 S. Decatur Blvd., Suite A-9
16                                         Las Vegas, Nevada 89103
                                           Telephone:  (702) 968-8087
17                                         Facsimile:  (702) 968-8088
18                                         *Attorneys for Counterclaim Defendants*

19

20

21

22

23

24

25   _____
     [1] The correct legal names of these trust funds are actually THE BOARD OF TRUSTEES OF THE
26   CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE
     BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT
27   PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY
     AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF SOUTHERN
28   NEVADA LABORERS LOCAL 872 TRAINING TRUST
                                          4

1  Dated: September 9, 2019        **BROWNSTEIN HYATT FARBER SCHRECK, LLP**

2                                  /s/ Adam P. Segal
                                   _____
3                                  Adam P. Segal, Esq., Nevada Bar No. 6120
                                   Christopher M. Humes, Esq., Nevada Bar No. 12782
4                                  100 North City Parkway, Suite 1600
                                   Las Vegas, Nevada 89106-4614
5                                  Telephone:  (702) 382-2101
                                   Facsimile:  (702) 382-8135
6                                  *Substituting Attorney for Counterclaim Defendants*

7

   Dated: September 9 , 2019        /s/ Thomas White
8                                   _____
                                    Thomas White, Chairman
9                                   Laborers Joint Trust Funds
                                    2345 Red Rock Street, Suite 300
10                                  Las Vegas, NV 89146
                                    Telephone:  (702) 318-6760
11                                  Facsimile:  (702) 318-6761
                                     *On behalf of the Counterclaim Defendants*
12

13

14

15

16  Dated: *9/11/2019*            **IT IS SO ORDERED:**

17

18                                _____
                                    United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28

5

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that I am an employee of The Urban Law Firm and that on this 9th day of September, 2019, I served a true copy of the foregoing **STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR COUNTERCLAIM DEFENDANTS** via the Court's CM/ECF system upon the following parties:

Adam P. Segal, Esq.
Christopher M. Humes, Esq.
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
Email: asegal@bhfs.com
     chumes@bhfs.com
*Attorneys for Defendant, Laborers Joint Funds*

Jordan Ford Faux, Esq.
Kurt C. Faux, Esq.
Willi H. Siepmann, Esq.
Faux Law Group
2625 North Green Valley Parkway, Suite 100
Henderson, NV 89014
Email: jfaux@fauxlaw.com
     kfaux@fauxlaw.com
     wsiepmann@fauxlaw.com
*Attorneys for Defendant/Counterdefendant Allegheny Casualty Company*

Nathan M. Jenkins, Esq.
Jenkins Law Firm
1895 Plumas Street, Suite 2
Reno, NV 89509
Email: Nathan@njenkinslaw.com
*Attorney for Plaintiffs*

Alice Chih Mei Chen, Esq.
DeCarlo and Shanley, APC
533 South Fremont Ave., 9th Floor
Los Angeles, CA 90071-1706
Email: achen@decounsel.com
*Attorney for Counterdefendant Carpenters Southwest Administrative Corporation*

Jason P. Weiland, Esq.
Jennifer R. Lloyd, Esq.
Howard & Howard
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Email: jw@h2law.com
     jl@h2law.com
*Attorneys for Counterdefendant Cashman Equipment Company*

Brian W. Boschee, Esq.
Richard F. Holley, Esq.
Holley Driggs Walch Fine Puzey Stein & Thompson
400 South Fourth Street, 3rd Floor
Las Vegas, NV 89101
Email: bboschee@nevadafirm.com
*Attorneys for Counterdefendant Discount Dumpsters dba Western Elite*

1

Catherine Hernandez, Esq.
2
John P. Aldrich, Esq.
Aldrich Law Firm Ltd.
3
1601 S. Rainbow Blvd.
Las Vegas, NV 89146
4
Email: chernandez@johnaldrichlawfirm.com
        jaldrich@johnaldrichlawfirm.com
5
*Attorneys for Counterdefendant Herc Rentals,*
*Inc.*
6

Seth J. Adams, Esq.
Woodburn & Wedge
6100 Neil Rd, Suite 500
Reno, NV 89511
Email: sadams@woodburnandwedge.com
*Attorney for Counterdefendant 3D Concrete,*
*Inc.*

7
I declare under penalty of perjury that the foregoing is true and correct.

8
/s/ April Denni
9
An employee of The Urban Law Firm

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7