# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES of the NORTHERN NEVADA LABORERS HEALTH & WELFARE TRUST FUND, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> KENNETH M. MERCURIO, an individual, *et al.*, <br><br> Defendants. | Case No.: 3:17-CV-00577-RCJ-CLB <br><br> ORDER SETTING SCHEDULING CONFERENCE |

IT IS HEREBY ORDERED that the Motion for Scheduling Conference (ECF No. 132) is GRANTED.

IT IS FURTHER ORDERED that a Scheduling Conference is set for 10:00 A.M., Monday, February 3, 2020, in RENO Courtroom 3, before District Judge Robert C. Jones.

IT IS SO ORDERED, THIS 14th day of January, 2020.

_____
ROBERT C. JONES
Senior District Judge