# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES of the NORTHERN NEVADA LABORERS HEALTH & WELFARE TRUST FUND, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>KENNETH M. MERCURIO, an individual, *et al.*,<br><br>Defendants. | Case No.: 3:17-CV-00577-RCJ-CLB<br><br>**ORDER VACATING SCHEDULING CONFERENCE ON FEBRUARY 3, 2020 AND SETTING A TELEPHONIC SCHEDULING CONFERENCE ON MARCH 2, 2020** |

IT IS HEREBY ORDERED that the Scheduling Conference currently set for 10:00 A.M., Monday, February 3, 2020, in RENO Courtroom 3, is VACATED.

IT IS FURTHER ORDERED that a Telephonic Scheduling Conference is set for 10:00 A.M., Monday, March 2, 2020, in Courtroom 3, before District Judge Robert C. Jones.

IT IS FURTHER ORDERED that the parties shall use a land line to dial into the AT&T Meet-Me-Line five (5) minutes prior to the hearing and remain on the line until the case convenes.

Meet-Me-Line instructions as follows: The parties shall dial into the AT&T Meet-Me-Line five (5) minutes prior to the hearing and remain on the line until the case convenes. AT&T Meet-Me-Line: (888) 675-2535, Access Code: 2900398; Security Code: 030320. The parties must use a land line, no cellular phones or speaker phones permitted.

IT IS FURTHER ORDERED that motions to appear telephonically (ECF Nos. 134, 135, 136, 137) are denied as MOOT.

IT IS SO ORDERED, THIS 27th day of January, 2020.

ROBERT C. JONES
Senior District Judge