# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NORTHERN NEVADA LABORERS HEALTH & WELFARE TRUST FUND, et al. | )<br>)<br>) |
| Plaintiffs, | ) Case No. 3:17-CV-00577-RCJ-CLB<br>)<br>) |
| vs. | )<br>) **ORDER** |
| ALLEGHENY CASUALTY COMPANY, et al. | )<br>) |
| Defendants. | ) |

The Clerk of the Court shall distribute the interplead funds receipted by Certificate of Cash deposit in the amount of $118,255.96, along with all accrued interest.

IT IS HEREBY ORDERED that the Court is to distribute the $118,255.96 interplead funds and all accrued interest as follows:

| PAYEES: | Total owed: | % of Interest |
|---|---|---|
| **FROM DIVERSIFIED DEMOLITION BONDS:** | | |
| Southern Nevada Laborers Funds | $25,237.71 | 21.34% |
| Operating Engineers Trust Funds | $25,688.49 | 21.72% |
| Cement Masons Trust Funds | $1,124.62 | 0.95% |
| Northern Nevada Laborers Trust Funds | $38,820.50 | 32.83% |
| Northern Nevada Operating Engineers Trust Funds | $7,675.89 | 6.49% |
| **FROM DIVERSIFIED CONCRETE BONDS:** | | |
| Carpenters Southwest Administrative Corp. | $3,840.66 | 3.25% |

| | | |
|---|---:|---:|
| Operating Engineers Trust Funds | $2,638.28 | 2.23% |
| Cement Masons Trust Funds | $1,521.76 | 1.29% |
| . . . | | |
| . . . | | |
| Northern Nevada Laborers Trust Funds | $9,317.92 | 7.88% |
| Northern Nevada Operating Engineers Trust Funds | $2,390.13 | 2.02% |
| **Totals:** | **118,255.96** | **100.00%** |

    Counsel will provide a current W-9 matching the name of their respective payee.  Checks will be made payable to the payees and mailed to their respective counsel.

    Dated:  This 9th day of December, 2020.

_____
DISTRICT COURT JUDGE