Adam P. Segal Esq., Nevada Bar No. 6120
Christopher M. Humes Esq., Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: asegal@bhfs.com
Email: chumes@bhfs.com

*Attorneys for Counterdefendants, Southern Nevada Laborers Local 872 Trust Funds*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE NORTHERN NEVADA LABORERS HEALTH & WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLEGHENY CASUALTY COMPANY, et al.<br><br>Defendants. | CASE NO.: 3:17-cv-00577-RCJ-CLB<br><br>**AMENDED ORDER** |

The Clerk of the Court shall distribute the interplead funds receipted by Certificate of Cash deposit in the amount of $118,255.96, along with all accrued interest.

IT IS HEREBY ORDERED that the Court is to distribute the $118,255.96 interplead funds and all accrued interest as follows:

| **PAYEE:** | **Total owed:** | **% of Interest** |
|---|---|---|
| **DIVERSIFIED DEMOLITION BONDS:** | | |
| Operating Engineers Vacation-Holiday Savings Trust | 3,360.20 | 3.41% |
| Operating Engineers Health & Welfare Fund | $11,229.44 | 11.39% |
| Operating Engineers Pension Trust | 9,701.21 | 9.84% |
| Operating Engineers Funds, Inc. | $1,397.64 | 1.42% |
| Construction Industry and Laborers Joint Pension Trust for So. Nevada, Plan A | $13,079.59 | 13.27% |

22114247                            4

| | | |
|---|---|---|
| Construction Industry and Laborers Defined Contribution Pension Plan | $894.64 | 0.91% |
| Construction Industry and Laborers Health and Welfare Plan | $5,994.07 | 6.09% |
| Construction Industry and Laborers Vacation and Disability Plan | $4,508.97 | 4.58% |
| Southern Nevada Laborers Local 872 Training Trust | $760.44 | 0.77% |
| Northern Nevada Laborers Health and Welfare Trust Fund | $21,739.48 | 22.06% |
| Laborers Pension Trust Fund for Northern Nevada | $14,751.79 | 14.97% |
| Laborers Training Fund for Northern Nevada | $2,329.23 | 2.36% |
| Northern Nevada Operating Engineers Health and Welfare Trust Fund | $2,840.08 | 2.88% |
| Pension Trust for Operating Engineers | $4,835.81 | 4.91% |
| Cement Masons Joint Apprenticeship and Training Trust Fund | $1,124.62 | 1.14% |
| | **$98,547.21** | **100.00%** |

| PAYEE: | Total owed: | % of Interest |
|---|---|---|
| **DIVERSIFIED CONCRETE BOND:** | | |
| Operating Engineers Vacation-Holiday Savings Trust | $389.13 | 1.97% |
| Operating Engineers Health & Welfare Fund | $1,079.06 | 5.48% |
| Operating Engineers Pension Trust | $838.65 | 4.26% |
| Operating Engineers Funds, Inc. | $331.44 | 1.68% |
| Cement Masons Joint Apprenticeship and Training Trust Fund | $1,293.49 | 6.55% |
| Cement Masons Annuity Trust Fund for Northern Nevada | $228.27 | 1.16% |
| Northern Nevada Laborers Health and Welfare Trust Fund | $5,404.40 | 27.42% |
| Laborers Pension Trust Fund for Northern Nevada | $3,261.27 | 16.55% |
| Laborers Training Fund for Northern Nevada | $652.25 | 3.31% |
| Northern Nevada Operating Engineers Health and Welfare Trust Fund | $908.25 | 4.61% |

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

| Pension Trust for Operating Engineers | $1,481.88 | 7.52% |
|---|---|---|
| Carpenters Southwest Administrative Corporation | $3,840.66 | 19.49% |
| | **$19,708.75** | **100.00%** |

Counsel will provide a current W-9 matching the name of their respective payee. Checks will be made payable to the payees and mailed to their respective counsel.

I**T IS SO ORDERED.**

Dated: February 10, 2021.

_____
Honorable Robert C. Jones
United States District Judge

Respectfully submitted by:

BROWNSTEIN HYATT FARBER & SCHRECK LLP

By: _/s/ Christopher Humes_
Adam P. Segal, Esq., Nevada Bar No. 6120
Christopher Humes, NV Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

*Attorneys for Counterdefendants, Southern Nevada Laborers Local 872 Trust Funds*

Dated: February 8, 2021.

LAW OFFICE OF NATHAN JENKINS

By: _/s/ Nathan Jenkins_
Nathan Jenkins, NV Bar No. 560
1895 Plumas Street, Suite 2
Reno, NV 89509

*Counsel for Cement Masons, Northern Nevada Laborers Funds, and Northern Nevada Operating Engineers Funds*

Dated: February 8, 2021.

LAQUER, URBAN, CLIFFORD & HODGE

By:   _/s/ Michael A. Urban_
Michael A. Urban, NV Bar No. 3875
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103

*Counsel for Operating Engineers Funds*

Dated: February 8, 2021.

DECARLO & SHANLEY

By:   _/s/ Alice Chih-Mei Chen_
Alice Chih-Mei Chen, NV Bar No. 9781
533 S. Fremont Ave., 9th Floor
Los Angeles, CA 90071

*Counsel for Carpenters Funds*

Dated: February 8, 2021.