# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NORTHERN NEVADA LABORERS HEALTH & WELFARE TRUST FUND, et al.<br><br>     Plaintiffs,<br><br>vs.<br><br>ALLEGHENY CASUALTY COMPANY, et al.<br><br>     Defendants. | Case No. 3:17-CV-00577-RCJ-CLB<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the parties shall file a Joint Status Report with the Court on or before **March 10, 2021**. In this report, the parties shall identify, any and all remaining issues for the Court to resolve.

**IT IS SO ORDERED**.

Dated February 10, 2021.

_____
ROBERT C. JONES
United States District Judge